IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DR. GLENN B. DAVIS,<br>   Plaintiff<br><br>   v.<br><br>ERIC H. HOLDER, JR., Attorney General of the United States, MICHELE M. LEONHART, Administrator of the Drug Enforcement Agency, JOHN DOE, Unknown Agent or Agents of the Drug Enforcement Administration, RITE AID CORPORATION, and VALUE DRUG CORPORATION,<br><br>   Defendants | : <br>: <br>: NO. 3:13-cv-89<br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: ELECTRONICALLY FILED |

## ENTRY OF APPEARANCE

Kindly enter the appearance of Jacob M. Theis, Esquire, as co-counsel for Rite Aid Corporation in the above-captioned matter.

      Respectfully submitted,

      BUCHANAN INGERSOLL & ROONEY PC

      By:  s/Jacob M. Theis_____
        Thomas G. Collins, Esquire
        I.D. #75896
        Jacob M. Theis, Esquire
        I.D. #208631
        409 North Second Street, Suite 500
        Harrisburg, PA 17101
        (717) 237-4800

Dated: May 15, 2013

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and complete copy of the Entry of Appearance was transmitted to the Court electronically for filing and for electronic service upon the following attorneys of record this 15th day of May, 2013:

        David M. Axinn
        106 Hollidaysburg Plaza
        Duncansville, PA  16635

        Joseph A. Grappone, Esquire
        Grappone Law Office
        411 S. Logan Blvd., Suite 1
        Altoona, PA  16602

        Respectfully submitted,

By:   s/Jacob M. Theis
      Jacob M. Theis, Esquire
      Attorney for Defendant Rite Aid Corporation